**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Brian K. Grumbling** | : | Case No. 14–70684–JAD |
| **Patricia Grumbling** | : | Chapter: 13 |
| **aka Patty Grumbling, dba Grumbling's** | : | |
| **Detailing Shop** | : | |
| *Debtor(s)* | : | |
| | : | Related to Claim No. 14 |
| Apex Bank f/k/a Bank of Camden | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Brian K. Grumbling | : | |
| Patricia Grumbling | : | |
| aka Patty Grumbling, dba Grumbling's Detailing | : | |
| Shop | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |

## ORDER

      **AND NOW**, this **11th day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Apex Bank f/k/a Bank of Camden* at Claim No. 14 in the above-captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty-one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 14-70684-JAD
Brian K. Grumbling                                                Chapter 13
Patricia Grumbling
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: culy                Page 1 of 1                 Date Rcvd: Jan 11, 2017
                              Form ID: 237              Total Noticed: 4
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db/jdb         +Brian K. Grumbling,    Patricia Grumbling,    300 11th Street,    Windber, PA 15963-1559
cr             +Apex Bank f/k/a Bank of Camden,    430 Montbrook Lane, Suite 208,    Knoxville, TN 37919-2705
cr             +Bank of Camden,    430 Montbrook Lane, Suite 208,    Knoxville, TN 37919-2705
13928078       +Bank of Camden,    P.O. Box 549,    Camden, TN 38320-0549
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank of Camden agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              James   Warmbrodt    on behalf of Creditor    Apex Bank f/k/a Bank of Camden bkgroup@kmllawgroup.com
              Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Kenneth P. Seitz    on behalf of Debtor Brian K. Grumbling thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Patricia  Grumbling thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Trustee Ronda J. Winnecour thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of U.S. Trustee   Office of the United States Trustee
               thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```