**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Brian K. Grumbling** | : | Case No. 14−70684−JAD |
| **Patricia Grumbling** | : | Chapter: 13 |
| **aka Patty Grumbling, dba Grumbling's** | : | |
| **Detailing Shop** | : | |
| *Debtor(s)* | : | |
| | : | Related to Dkt. No. 56 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 29th of March, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                  Case No. 14-70684-JAD
Brian K. Grumbling                                                      Chapter 13
Patricia Grumbling
          Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-7           User: jhel                   Page 1 of 2                  Date Rcvd: Mar 29, 2018
                               Form ID: 309                 Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
db/jdb         +Brian K. Grumbling,    Patricia Grumbling,    300 11th Street,     Windber, PA 15963-1559
cr             +Apex Bank f/k/a Bank of Camden,     430 Montbrook Lane, Suite 208,     Knoxville, TN 37919-2705
13928077       +Associated Credit Services, Inc.,      P.O. Box 5171,    Westborough, MA 01581-5171
13928078       +Bank of Camden,    P.O. Box 549,    Camden, TN 38320-0549
13974755       +Bank of Camden,    430 Montbrook Ln., Suite 208,     Knoxville, TN 37919-2705
13928079        Bob Burnworth,    Windber, PA 15963
13928082       +CCS/First National Bank,     500 E. 60th Street N,    Sioux Falls, SD 57104-0478
13928080       +Cambria Thrift Consumer Discount Co.,     112 Market Street,    Johnstown, PA 15901-1609
13928085       +Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
13928087       +Dr. Leonard’s Shop Now Pay Plan,     P.O. Box 2852,    Monroe, WI 53566-8052
13928088       +Encore Payment Systems,     3801 Arapaho Road,    Addison, TX 75001-4314
13928083      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: CCS/First Savings Bank,      500 E. 60th Street N,
                 Sioux Falls, SD 57104)
13928091       +First Data,    1 Western Maryland Parkway,    Hagerstown, MD 21740-5146
13928093       +Holiday Financial Services,     c/o Joe Landi, Branch Manager,    1451 Scalp Avenue,
                 Johnstown, PA 15904-3334
13959152       +National Credit Adjusters, LLC,     P.O. Box 3023,    Hutchinson, KS 67504-3023
14017534       +New Century Financial Services,     c/o Pressler & Pressler, LLP,    7 Entin Rd.,
                 Parsippany, NJ 07054-5020
13951720       #+Penelec,    FirstEnergy Corp.,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771
13928096       +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
13928100       +Windber Medical Center,     ATTN: Cashier,    600 Somerset Avenue,    Windber, PA 15963-1397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Mar 30 2018 07:48:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
13928076       +EDI: APPLIEDBANK.COM Mar 30 2018 07:48:00      Applied Bank,    P.O. Box 17120,
                 Wilmington, DE 19886-7120
13970272       +E-mail/Text: bncmail@w-legal.com Mar 30 2018 04:08:53      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13928081       +EDI: CAPITALONE.COM Mar 30 2018 07:48:00      Capital One Bank, N.A.,     P.O. Box 71083,
                 Charlotte, NC 28272-1083
13928084       +EDI: CITICORP.COM Mar 30 2018 07:48:00      Citi Cards,    P.O. Box 6500,
                 Sioux Falls, SD 57117-6500
13928086       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2018 04:08:27      Commonwealth of Pennsylvania,
                 Department of Revenue,    Strawberry Square,    Fourth & Walnut Streets,
                 Harrisburg, PA 17128-0001
13958430       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 30 2018 04:09:44
                 Department of Labor and Industry - UCTS,    Commonwealth of Pennsylvania,     Attn: Joseph Kots,
                 625 Cherry St  Room 203,    Reading, PA 19602-1152
13928089       +E-mail/Text: bknotice@ercbpo.com Mar 30 2018 04:08:49      Enhanced Recovery Co., LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13928090       +EDI: BLUESTEM Mar 30 2018 07:48:00      Fingerhut,    P.O. Box 1250,    Saint Cloud, MN 56395-1250
13928092       +EDI: BLUESTEM Mar 30 2018 07:48:00      Gettington Customer Service,     6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
13928094        EDI: IRS.COM Mar 30 2018 07:48:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13980480        EDI: JEFFERSONCAP.COM Mar 30 2018 07:48:00      Jefferson Capital Systems LLC,     Po Box 7999,
                 Saint Cloud Mn 56302-9617
13992979        EDI: MERRICKBANK.COM Mar 30 2018 07:48:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
13928095        EDI: MERRICKBANK.COM Mar 30 2018 07:48:00      Merrick Bank,    P.O. Box 5721,
                 Hicksville, NY 11802
13997591        EDI: PRA.COM Mar 30 2018 07:48:00      Portfolio Recovery Associates, LLC,     POB 12914,
                 Norfolk VA 23541
13928097       +E-mail/Text: bankruptcynotices@psecu.com Mar 30 2018 04:09:18      PSECU,    P.O. Box 67013,
                 Harrisburg, PA 17106-7013
13939329        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2018 04:08:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
13955299        EDI: Q3G.COM Mar 30 2018 07:48:00      Quantum3 Group LLC as agent for,
                 Collins Asset Group LLC,    PO Box 788,   Kirkland, WA  98083-0788
13966939        EDI: Q3G.COM Mar 30 2018 07:48:00      Quantum3 Group LLC as agent for,     Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
13928098        E-mail/Text: bankruptcy@remitcorp.com Mar 30 2018 04:08:37      Remit Corporation,    P.O. Box 7,
                 Bloomsburg, PA 17815
13933949        EDI: RECOVERYCORP.COM Mar 30 2018 07:48:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13963731       +EDI: CBS7AVE Mar 30 2018 07:48:00      Seventh Avenue,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
13928099        EDI: TFSR.COM Mar 30 2018 07:48:00      Toyota Motor Credit,    4 Gatehall Drive,    Suite 350,
                 Parsippany, NJ 07054
```

```
District/off: 0315-7           User: jhel              Page 2 of 2              Date Rcvd: Mar 29, 2018
                               Form ID: 309            Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13938117        EDI: TFSR.COM Mar 30 2018 07:48:00     Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
13928101       +EDI: WFNNB.COM Mar 30 2018 07:48:00    Woman Within,   P.O. Box 182273,
                 Columbus, OH 43218-2273
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PA Dept of Revenue
cr*            +Bank of Camden,   430 Montbrook Lane, Suite 208,   Knoxville, TN 37919-2705
cr*            +National Credit Adjusters, LLC,   P.O. Box 3023,   Hutchinson, KS 67504-3023
14024301*       Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
                                                                                  TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    Bank of Camden agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
          James  Warmbrodt    on behalf of Creditor    Apex Bank f/k/a Bank of Camden bkgroup@kmllawgroup.com
          Kenneth D. Henderson    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Kenneth P. Seitz    on behalf of Trustee Ronda J. Winnecour thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of U.S. Trustee    Office of the United States Trustee
           thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Brian K. Grumbling thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Joint Debtor Patricia  Grumbling thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 10
```