**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    BRIAN K. GRUMBLING
    PATRICIA GRUMBLING
        Debtor(s)

Case No.:14-70684 JAD

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/25/2014 and confirmed on 12/02/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 57,461.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,461.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,648.00 | |
|   Trustee Fee | 2,302.22 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,950.22 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF CAMDEN | 0.00 | 32,565.83 | 0.00 | 32,565.83 |
|   Acct: XXX0700 | | | | |
| BANK OF CAMDEN | 1,938.89 | 220.25 | 0.00 | 220.25 |
|   Acct: XXX0700 | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX8701 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 13,583.33 | 9,839.73 | 2,016.68 | 11,856.41 |
|   Acct: XXXXXXXX5593 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 7,414.98 | 5,811.47 | 1,056.82 | 6,868.29 |
|   Acct: XXXXXXXX2800 | | | | |
| | | | | 51,510.78 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRIAN K. GRUMBLING | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| KENNETH P SEITZ ESQ<br>Acct: | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: XXXXXXXXXXXXXXXXXXXXXX6033 | 5,248.52 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 9036 | 2,662.83 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF LABOR & INDUSTRY(<br>Acct: XXXXXXXXXXXXXXXXXXXXXXX2014 | 918.90 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2014 | 856.77 | 0.00 | 0.00 | 0.00 |
| BANK OF CAMDEN<br>Acct: 0700 | 500.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO F(<br>Acct: 2313 | 1,208.03 | 0.00 | 0.00 | 0.00 |
| ASSOCIATED CREDIT SERVICES INC<br>Acct: XXX4379 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAMBRIA THRIFT CDC<br>Acct: XXX9535 | 453.82 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 4769 | 762.41 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 9207 | 638.05 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 1164 | 624.03 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 0913 | 308.31 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK<br>Acct: XXX3838 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK<br>Acct: XXX8945 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA(*)<br>Acct: XXX0072 | 0.00 | 0.00 | 0.00 | 0.00 |
| DR LEONARDS SHOP NOW<br>Acct: XXX2A4A | 0.00 | 0.00 | 0.00 | 0.00 |
| ENCORE PAYMENT SYSTEMS<br>Acct: XXXXXXXXXXXXXX503G | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK<br>Acct: XXX1448 | 0.00 | 0.00 | 0.00 | 0.00 |
| FINGERHUT DIR MKTNG INC/CIT**<br>Acct: XXX1872 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST DATA++<br>Acct: XXX0000 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: XXXXXXXXXXXXXX2228 | 652.60 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK<br>Acct: XXX2422 | 1,230.28 | 0.00 | 0.00 | 0.00 |
| PENELEC/FIRST ENERGY**<br>Acct: XXXXXXXXXXXX0400 | 2,647.47 | 0.00 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU/PSECU<br>Acct: XXX0205 | 0.00 | 0.00 | 0.00 | 0.00 |
| REMIT CORP++<br>Acct: XXX8868 | 0.00 | 0.00 | 0.00 | 0.00 |
| REMIT CORP++<br>Acct: XXX5806 | 0.00 | 0.00 | 0.00 | 0.00 |
| REMIT CORP++<br>Acct: XXX8643 | 0.00 | 0.00 | 0.00 | 0.00 |

| 14-70684 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX3334 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COLLINS A | 488.85 | 0.00 | 0.00 | 0.00 |
| | Acct: 6552 | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4450 | | | | |
| | PA DEPARTMENT OF REVENUE* | 1,543.87 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXX6033 | | | | |
| | NATIONAL CREDIT ADJUSTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7039 | | | | |
| | NATIONAL CREDIT ADJUSTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3680 | | | | |
| | SEVENTH AVENUE | 215.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 2570 | | | | |
| | CERASTES LLC | 250.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8795 | | | | |
| | INTERNAL REVENUE SERVICE* | 532.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 9036 | | | | |
| | NEW CENTURY FINANCIAL SVCS INC | 739.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 4830 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5375 | | | | |
| | JENNIFER M IRVIN - ASST COUNSEL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                                                           51,510.78

TOTAL CLAIMED
PRIORITY        10,187.02
SECURED         22,937.20
UNSECURED       12.295.60

Date: 05/21/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com